The document below is hereby signed. Dated: October 5, 2008.

_____
S. Martin Teel, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| ZIAD AKL, | ) | Case No. 07-00256 |
| | ) | (Chapter 77) |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| VIRGINIA HOSPITAL CENTER- | ) | |
| ARLINGTON HEALTH SYSTEM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adversary Proceeding No. |
| | ) | 07-10026 |
| ZIAD AKL, | ) | |
| | ) | Not for Publication in |
| Defendant. | ) | West's Bankruptcy Reporter |

MEMORANDUM DECISION RE MOTION FOR RELIEF FROM ORDER AND JUDGMENT

The defendant's Motion for Relief From Order and Judgment will be denied. The court's final judgment does not preclude collateral matters such as sanctions motions. The defendant is cautioned to read Rule 9011(c)(1)(A) carefully: any motion under Rule 9011 would be barred if served after the complaint was withdrawn (or, indeed, if served less than 21 days before the

complaint was withdrawn).

[Signed and dated above.]

Copies to: All counsel of record.